## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.    Martin Misinu | Mag. Judge:  Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00206-RSK | May 19, 2026 | 3:07 - 3:27 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government:  Alexis Sanford | Defendant:  Samuel Roddy | Counsel Designation:  FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance <br> __ Arraignment: <br> __mute    __nolo contendre <br> __not guilty    __guilty <br> __ Initial Pretrial Conference <br> __ Detention    (waived __) <br> __ Preliminary    (waived __) <br> ✓ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> ✓ Waiver of  Rule 5 and 5.1 Hearings <br> __ Consent to Mag. Judge for _____ <br> __ Other: <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> ✓ Order Appointing Counsel <br> __ Other: _____ | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br> __Ordered    __Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br><br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Government's motion for a detention hearing under 18 U.S.C. § 3142(f)(2)(A) granted. <br><br> Defendant advised of rights under Rule 20. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:    __Yes __No <br> Defendant informed of right to appeal:    __Yes __No <br> Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**    Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Detention Hearing |
| **Reporter/Recorder:**    Digitally Recorded | **Courtroom Deputy:**    K. Belanger |